**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60886-LEIBOWITZ**

**BRAYAN OLMO-GARCIA**,

    *Petitioner,*

*v.*

**WARDEN OF BROWARD TRANSITIONAL**
**CENTER,**

    *Respondent.*

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Government's Response to Petition for Writ of Habeas Corpus [ECF No. 5]. The Government has not argued why this case is distinguishable from other cases in which bond hearings have been granted.

Accordingly, upon due consideration of the facts and arguments set forth in this case and for the reasons set forth in materially similar cases, *see, e.g.*, *Ocampo Fernandez v. Ripa*, Case No. 1:25-cv-24981-LEIBOWITZ (S.D. Fla. Nov. 25, 2026), ECF No. 17, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition [**ECF No. 1**] is **GRANTED IN PART**.

2. Respondent shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a) <u>within fourteen (14) days of the entry of this Order</u>, or otherwise release Petitioner. Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing. <u>No less than 72 hours prior to the time the bond hearing is set to commence</u>, Respondent shall notify Petitioner that a bond hearing has been scheduled, which notice shall include the time, date, and location of the bond hearing and shall apprise

Petitioner of any procedural requirements that must be satisfied in order to appear at the bond hearing.

3. Respondent shall file a notice with the Court **on or before May 8, 2026**, confirming and detailing their compliance with this Order.

4. The *Clerk* is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 23, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record